**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Mitchee L. Hendrix  aka Mitchi L Hendrix | No.   08-34470 |
| Debtor | Hon.  Susan Pierson Sonderby |

### NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE - STATEMENT OF OUTSTANDING PAYMENT OBLIGATIONS

**To: See attached Service List**

PLEASE TAKE NOTICE that on March 1, 2011, I filed the attached Response to Notice of Final Cure - Statement of Outstanding Payment Obligations, a copy of which is hereby served upon you.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Susan J. Notarius

### Certificate of Service

The undersigned certifies that she served a copy of the Notice of Filing and Response to Notice of Final Cure - Statement of Outstanding Payment Obligations on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Law Offices Of Martin J O'Hearn and Tom Vaughn on March 1, 2011.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Susan J. Notarius

Susan J. Notarius - ARDC # 06209646
Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201 6679

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Mitchee L. Hendrix  aka Mitchi L Hendrix
844 N. Lavergne Ave, 2nd Floor
Chicago, IL 60651

Tom Vaughn
200 South Michigan Ste 1300
Ste 1300
Chicago, IL 60604

Law Offices Of Martin J O'Hearn
10047 S Western Ave
Chicago, IL 60643